UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------X
TAMARA WILSON, individually and on      :    Case No.: 21-cv-11228-JSR
Behalf of all others similarly situated,:
                                        :
              Plaintiff,                :
                                        :
     v.                                 :
                                        :
TRILLER, INC., a Delaware corporation,  :
                                        :
              Defendant.                :
                                        :
-------------------------------------------------------X
```

## NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to the Court's June 6, 2022 Order [Dkt. 43], and upon the accompanying Memorandum of Law dated June 7, 2022, and previously filed Declaration of M. Darren Traub dated February 28, 2022 [Dkt. 35], Defendant Triller, Inc., by its undersigned counsel, will move this Court before the Honorable Jed S. Rakoff, United States District Judge, at the Daniel Patrick Moynihan Building and United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Amended Class Action Complaint [Dkt. 42] with prejudice for failure to state a claim upon which relief can be granted and granting such other and further relief as this Court may deem just and proper; and that this Court has ordered answering papers by June 21, 2022 and reply papers by June 28, 2022, with oral argument set for July 13, 2022 at 2:00 pm.

Dated: June 7, 2022                    Respectfully submitted,

                                       BAKER & HOSTETLER LLP

                                       */s/ Eric R. Fish*
                                       Eric R. Fish

45 Rockefeller Plaza
New York, NY 10111
Tel: 212.589.4200
Fax: 212.589.4201
efish@bakerlaw.com

Joel Griswold (*pro hac vice*)
BAKER & HOSTETLER LLP
SunTrust Center
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
(407) 649-4088
jcgriswold@bakerlaw.com

Bonnie Keane DelGobbo (*pro hac vice*)
Amy L. Lenz (*pro hac vice*)
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
bdelgobbo@bakerlaw.com
alenz@bakerlaw.com

*Attorneys for Defendant Triller, Inc*.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing **NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** was served on this 7th day of June 2022, via the Court's electronic filing system on all counsel of record.

*/s/ Eric R. Fish*