**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAMARA WILSON, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>TRILLER, INC., a Delaware corporation,<br><br>Defendant. | Case No.:  21-cv-11228-JSR<br><br>Judge Jed. S. Rakoff |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Tamara Wilson initiated the above-captioned action against Defendant Triller, Inc on December 31, 2021.  Defendant has not yet served an answer or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tamara Wilson hereby voluntarily dismisses the above-captioned action, and with each party to bear its own fees and costs.

Dated: June 17, 2022

Respectfully submitted,

*/s/ Amy E. Keller*
Adam J. Levitt
Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David A. Straite
**DiCELLO LEVITT GUTZLER LLC**
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, New York  10165
Tel.: (646) 933-1000
*dstraite@dicellolevitt.com*

Lesley E. Weaver (admitted *pro hac vice*)
Anne K. Davis (admitted *pro hac vice*)
Joshua D. Samra (admitted *pro hac vice*)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, California  94607
Tel.: (415) 445-4003
*lweaver@bfalaw.com*
*adavis@bfalaw.com*
*jsamra@bfalaw.com*

Javier Bleichmar
**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, New York  10036
Tel.: (212) 789-1340
*jbleichmar@bfalaw.com*

James J. Pizzirusso (admitted *pro hac vice*)
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C.  20006
Tel.: (202) 540-7200
*jpizzirusso@hausfeld.com*

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, New York  10004
Tel: (646) 357-1100
*snathan@hausfeld.com*

***Counsel for Plaintiff and the Proposed Class and Subclasses***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed with this Court using its CM/ECF service, which will send notification of such filing to all counsel of record this 17th day of June 2022.

                                                                             */s/ Amy E. Keller*  
                                                                             Amy E. Keller